IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WEIL HOLDINGS II, LLC, a Delaware limited liability company, | § § § § | No. 139, 2025 |
| Plaintiff Below, Appellant, | § § § | Court Below–the Court of Chancery of the State of Delaware |
| v. | § § | |
| JEFFREY ALEXANDER, DPM, | § § | C.A. No. 2024-0388 |
| Defendant Below, Appellee. | § § § § § | |

Submitted: October 15, 2025
Decided: October 23, 2025

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices, constituting the Court *en Banc*.

## **ORDER**

After careful consideration of the parties' briefs and the record on appeal, and following oral argument, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Court of Chancery's Memorandum Opinion dated March 4, 2025.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice